UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 06, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

 RICCI LEA CASTELLANOS,

        Defendant.

Case No.  2:25-cr-00084-DC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RICCI LEA CASTELLANOS</u>,

Case No. <u>2:25-cr-00084-DC</u>, Charge <u>18 USC 1349</u>, from custody for the following

reasons:

   <u>x</u>  Release on Personal Recognizance

       Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 06, 2026, at 3:00 PM.

By: _____

Magistrate Judge Allison Claire